# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ALICIA MARIE RICHARDS,<br>    Debtor. | 8:23-cv-1973-DSF<br><br>Order to Show Cause re<br>Dismissal for Lack of Prosecution |

    The notice of appeal in this case was filed on October 20, 2023. However, there is no indication that Appellant has complied with the Court's October 24, 2023 order (Dkt. 3) regarding the preparation of the record for appeal.

    Therefore, Appellant is ordered to show cause no later than June 6, 2024, why this appeal should not be dismissed for failure to prosecute.

    IT IS SO ORDERED.

Date: May 24, 2024

                                                    Dale S. Fischer
                                                    United States District Judge