UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIE RICHARDS,<br><br>    Appellant,<br><br>v.<br><br>RICHARD A. MARSHACK,<br><br>    Appellee. | Case No. 8:23-cv-01973-SB<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

    Debtor Alicia Marie Richards filed a notice of appeal on October 20, 2023. Dkt. No. 1. On September 6, 2024, the Court granted Debtor's request for an extension of time to file and ordered her to submit her opening brief by September 30, 2024. Dkt. No. 16. Debtor has failed to timely file her opening brief. The Court orders Debtor to show cause, by November 15, 2024, why the appeal should not be dismissed for lack of prosecution. *See* Fed. R. Bankr. P. 8018 ("If an appellant fails to file a brief on time . . . the district court or BAP, after notice, may dismiss the appeal on its own motion."). The Court has already warned Debtor that failure to timely file her brief may result in dismissal of the appeal. *Id.* Failure to timely respond to this OSC will be deemed consent to the dismissal without prejudice of the appeal.

Date: October 23, 2024

                                                   Stanley Blumenfeld, Jr.
                                                 United States District Judge